IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DOMINIC TOM,<br><br>                 Plaintiff,<br><br>    vs.<br><br>UNITED STATES GOVERNMENT,<br>et al.,<br><br>                 Defendant. | No. CV-F-03-6620 REC/SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPIES OF COURT RECORDS AT GOVERNMENT EXPENSE (Doc. 19) |

    On August 31, 2006, plaintiff, <u>proceeding in pro per</u>, filed a motion for an order providing to plaintiff copies of the pleadings filed in this action at government expense. Plaintiff asserts that he is indigent and that the requested copies are

> needed for supporting documents on writ of habeas corpus to show all illegal and unconstitutional committment [sic] the lawsuite [sic] was to be part of a defense in a criminal case as evidence the writ of habeas corpus ... I need the file in order to show inefective [sic] counsel and unconstitutional commitment and that my attorney denied me my 6th Amendment right to compulsory process for obtaining witnesses or

1

1       documents in my favor ....

2    Plaintiff's request is DENIED.  Plaintiff makes no showing
3 that he has filed a petition for writ of habeas corpus and no
4 showing that any of the documents filed by him in this action
5 have any conceivable relevance to any claims for relief asserted
6 or to be asserted in a petition for writ of habeas corpus.
7 IT IS SO ORDERED.

8 **Dated:  September 8, 2006**       **/s/ Robert E. Coyle**
  668554       UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26